IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JANA G.[1],<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CIVIL NO. 25-00041 JAO-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO GRANT PETITION FOR 406(b) FEES (ECF NO. 21) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS TO GRANT PETITION FOR 406(b) FEES (ECF NO. 21)**

Findings and Recommendation having been filed on October 30, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations to Grant Petition for 406(b) Fees, ECF No. 21, are adopted as the opinion and order of the

[1] In addition to the protections afforded by Fed. R. Civ. P. 5.2(c) and consistent with the 2023 recommendations of the Judicial Conference Committee on Court Administration and Case Management, the Court elects to refer to claimants by their first name and last initial. *See* Memorandum from Hon. Gregory Van Tatenhove, Chair, Comm. on Ct. Admin. & Case Mgmt., to Chief Judges & Clerks, U.S. Cts., Suggested Practices to Protect Personal Information in Court Filings and Opinions (Information) (May 1, 2023), https://jnet.ao.dcn/sites/default/files/pdf/DIR23-045.pdf

Court. Thus, Plaintiff's counsel is awarded $33,627.25 in attorneys' fees in accordance with 42 U.S.C. § 406(b).

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, November 18, 2026.

Jill A. Otake
United States District Judge

Civil No. 25-00041 JAO-KJM; *Jana G. v. Commissioner of the Social Security Administration*, Order Adopting Magistrate Judge's Findings and Recommendations to Grant Petition for 406(b) Fees